**FILED**
SEP - 1 2010
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALICIA TALLEY, ) <br> ) <br> Defendant. ) | 2:09-CR-355-KJD (LRL) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT ALICIA TALLEY**

On May 19, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2 (b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1) forfeiting property of defendant ALICIA TALLEY to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant ALICIA TALLEY.

DATED this 1st day of Sept, 2010.

_____
UNITED STATES DISTRICT JUDGE